# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160827

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 160827
COA: 349268
Mecosta CC: 08-006437-FC

JONATHAN JOSEPH GOOD,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 23, 2019 order of the Court of Appeals is considered. We DIRECT the Mecosta County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, the prosecuting attorney shall address: (1) whether the defendant, by filing a Standard 4 supplemental brief on direct appeal, waived his right to claim ineffective assistance of appointed appellate counsel in proceedings under MCR Subchapter 6.500; (2) whether the Court of Appeals decided the defendant's restitution and sentencing grounds for relief against the defendant in the prior appeal, MCR 6.508(D)(2); and (3) whether the defendant demonstrates both good cause and actual prejudice as to his other grounds for relief. MCR 6.508(D)(3).

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2020



s0728

Clerk